IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SABRINA LEVERETT, | : | No. 3:22cv917 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| IRIDIUM INDUSTRIES, INC. d/b/a | : | |
| ARTUBE; and JOHN DOES 1-5 | : | |
| AND 6-10, | : | |
| **Defendants** | : | |

·····························································································

## ORDER

**AND NOW**, to wit, this 12th day of June 2024, it is hereby **ORDERED** as follows:

1) Defendant's motion for partial dismissal of plaintiff's complaint (Doc. 12) is **DENIED**;

2) Plaintiff's motion to dismiss defendant's counterclaims (Doc. 30) is **GRANTED** and the defendant's counterclaims are **DISMISSED** without prejudice to defendant filing an amended answer/counterclaim within twenty-one (21) days from the date of this order to remedy the defects of the counterclaims as set forth in the accompanying memorandum.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court