IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SABRINA LEVERETT,**<br>**Plaintiff**<br><br>**v.**<br><br>**IRIDIUM INDUSTRIES, INC., d/b/a Artube,**<br>**Defendant** | : | **No. 3:22cv917**<br><br>**(Judge Munley)** |

**ORDER**

**AND NOW**, to wit, this 29 day of October 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant's motion for summary judgment, (Doc. 52), is **GRANTED IN PART** and **DENIED IN PART**. Counts I through X, XII–XIII, XV, XVII–XXIII, XXV, XXVII, and XXIX are dismissed with prejudice. Count XXVIII is dismissed with prejudice to the extent it is analogous to Leverett's Title VII retaliation claim. Counts XI, XIV, XVI, XXIV, XXVI survives. Count XXVIII survives to the extent it is analogous to Leverett's ADA retaliation claim; and
2) By way of a separate order, this matter will be scheduled for a pretrial conference.

**Date:** 10/29/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**